NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

BYRON J. MOOREHEAD, )
)
      Appellant, )
)
v. )    Case No. 2D19-982
)
STATE OF FLORIDA, )
)
      Appellee. )
_____ )

Opinion filed October 30, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Hillsborough County; Samantha L.
Ward, Judge.

PER CURIAM.

      Affirmed.

SILBERMAN, MORRIS, and ATKINSON, JJ., Concur.